# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH, ET AL

VERSUS

VALERO REFINING-MERAUX LLC;
VALERO SERVICES INC.; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERUAX LLC;
TURNER SPECIALTY SERVICES,
L.L.C; TURNER INDUSTRIES
ENERGY SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.,
AND JOHN DOE INSURER

NO.   2024 CW 1152

FEBRUARY 26, 2025

---

In Re:    Elite Turnaround Specialists Ltd, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 718626.

---

BEFORE:   WOLFE, MILLER, AND GREENE, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**EW**
**SMM**

**Greene, J.**, dissents.  I find the expert should not be limited in his testimony concerning the reasonableness of future medical expenses.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT